UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LUIS RAMIREZ et al.,<br><br>    Defendants. | Case No. 5:24-cr-00140-SB-1<br><br>ORDER STRIKING IMPROPER PRO SE FILING [DKT. NO. 55] |

    Defendant Luis Ramirez is represented by counsel but filed a pro se "Notice of Appeal; Ex Parte Motion" requesting the transcript from his arraignment and bail hearing. Dkt. No. 55. The Court strikes the motion. *See United States v. Bergman*, 813 F.2d 1027, 1030 (9th Cir. 1987) (finding no error in district court's decision to strike pro se filings where criminal defendant was represented by counsel); *McCullough v. Graber*, 726 F.3d 1057, 1059 n.1 (9th Cir. 2013) (declining to consider pro se filings where party was represented by counsel). Defendant may make an appropriate request through his counsel.

Date: September 6, 2024

                                        Stanley Blumenfeld, Jr.
                                      United States District Judge